## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**RAFAEL A GONZALEZ GONZALEZ**

**Debtor(s)**

**CASE NO. 24-03535 EAG**

**CHAPTER 13**

## MOTION TO DISMISS UNDER §1307(c)(1)

**TO THE HONORABLE COURT:**

Comes now, Creditor, **POPULAR AUTO LLC**, represented by the undersigned attorney and very respectfully states and prays as follows:

1.  On **AUGUST 26, 2024**, debtor(s) herein filed a bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

2.  Popular Auto is a creditor in the instant case pursuant to 11 USC §101 and therefore, a party in interest under the instant proceeding.

3.  On **JANUARY 19, 2021**, debtor(s) subscribed with appearing creditor an Auto Lease Agreement, contract no. 0052 regarding a **2020 LINCOLN NAVIGATOR**.

4.  Debtor's(s') Chapter 13 Plan is pending confirmation. According to provision 6.1 of said plan, debtor(s) assume aforementioned lease agreement and will pay pre-petition arrears (*$19,873.79*) through the Trustee and continue to pay directly to Popular Auto the post-petition payments (*$1,345.71*) of the vehicle described in averment number 3.

5.  However, debtor(s) has(have) breached the aforementioned plan proposal since, as of today's date, debtor(s) shows **THREE (3)** post-petition arrears on monthly installments

corresponding to the months of **JANUARY THROUGH MARCH 2025** for a total amount due of **$4,037.13**.[1]

6. The situation explained above is effectively causing undue prejudice to Creditor's rights. Debtor(s) has(have) continued to operate and is at the present operating the vehicle, consequently causing depreciation in its value, and therefore, jeopardizing Popular Auto's interest over such property.

7. Therefore, according to 11 USC §1307(c)(1) debtor's(s') unreasonable delay which is prejudicial to Popular Auto, is sufficient also cause to warrant the dismissal of debtor's(s') bankruptcy petition.

> *"(c) Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including-...(1) unreasonable delay by the debtor that is prejudicial to creditors."*

**WHEREFORE**, Creditor **POPULAR AUTO LLC** respectfully requests from this Honorable Court that an order dismissing this case be entered for debtor's(s') failure to comply with the requirements of §1307(c)(1) of the Bankruptcy Code and grant any such other remedy it may deem just and proper.

## NOTICE OF RESPONSE TIME

You are hereby notified of the filing of a **MOTION TO DISMISS** filed by **POPULAR AUTO LLC**, within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and

---

[1] In addition, debtor has accumulated $403.62 in post-petition late fees.

may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**I CERTIFY:** That the preceding document has been electronically filed with the Clerk of the court, using the CM/ECF System. Notice has been sent electronically to Trustee, **JOSE RAMON CARRION MORALES**; debtor's(s') counsel, **EDUARDO J MAYORAL GARCIA** and that we have sent copy of this document by regular mail to debtor(s) **RAFAEL A GONZALEZ GONZALEZ, PO BOX 361057, SAN JUAN, PR 00936** and to all non-CM/ECF participants interested as per mailing list which is hereby included.

**NEGATIVE CERTIFICATION PURSUANT TO SECTION 201(B)(4) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:** I hereby declare according to the attached certification(s), provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as member(s) of the ARMY, NAVY, or AIR FORCES of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

Respectfully submitted in San Juan, Puerto Rico this 5th day March 2025.

**/S/ CARLOS E. PEREZ PASTRANA, ESQ.**
U.S.D.C. 208913
Attorney for Popular Auto LLC
Consumer Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818
Tel. (787)753-7849; Fax (787)751-7827
E-mail: carlos.perezpastrana@popular.com



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:             XXX-XX-7631
Birth Date:
Last Name:       GONZALEZ GONZALEZ
First Name:      RAFAEL
Middle Name:     ANGEL
Status As Of:    Mar-05-2025
Certificate ID:  Q1TQDPFD4WLPDHJ

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Label Matrix for local noticing
0104-3
Case 24-03535-EAG13
District of Puerto Rico
Old San Juan
Wed Mar  5 16:45:50 AST 2025

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

FIRSTBANK PUERTO RICO, SERVICER FOR GINNIE M
c/o SARLAW LLC
Banco Popular Center, Suite 1822
209 Munoz Rivera Ave.
San Juan, PR 00918-1002

POPULAR AUTO LLC
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

(p)ASOCIACION DE EMPLEADOS DEL ELA
ATTN IRITZA ORTIZ ECHEVARRIA
PO BOX 364508
SAN JUAN PR 00936-4508

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

ASOC. PROPIETARIOS URB. DORADO DEL MAR
187 VILLA ESTE DORADO DEL MAR
HOTEL AND COUNTRY CLUB
DORADO, PR 00646

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BANCO POPULAR
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
P.O. Box 3025
New Albany, Oh 43054-3025

FIRST BANK
PO BOX 9146
SAN JUAN, PR 00908-0146

FIRSTBANK PUERTO RICO
SERVICER FOR GINNIE MAE I
PO BOX 11868
SAN JUAN, PR 00910-3868

FREEDOM ROAD FINANCIAL
PO BOX 64090
TUCSON, AZ 85728-4090

FreedomRoad Financial
10509 Professional Circle Ste 100
Reno, NV 89521-4883

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LCDO. JEAN PAUL JULIA DIAZ
RIVERA-MUNICH & HERNANDEZ, P.S.C.
PO BOX 364908
SAN JUAN, PR 00936-4908

MACYS/DSNB
PO BOX 6789
SIOUX FALLS, SD 57117-6789

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SYNCB/HH GREGG
PO BOX 71757
PHILADELPHIA, PA 19176-1757

SYNCB/SAMS CLUB DC
PO BOX 71727
PHILADELPHIA, PA 19176-1727

SYNCB/SYNC BANK LUXURY
PO BOX 71757
PHILADELPHIA, PA 19176-1757

SYNCB/TJX CO
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005-8738

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

Eduardo J Mayoral Garcia
Mayoral & Mangual, P.S.C.
Pmb 157
PO Box 194000
San Juan, PR 00919-4000

```
JOSE RAMON CARRION MORALES          MONSITA LECAROZ ARRIBAS              RAFAEL A GONZALEZ GONZALEZ
PO BOX 9023884                      OFFICE OF THE US TRUSTEE (UST)       PO BOX 361057
SAN JUAN, PR 00902-3884             OCHOA BUILDING                       SAN JUAN, PR 00936-1057
                                    500 TANCA STREET  SUITE 301
                                    SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AEELA                               DISCOVER BANK                        Jefferson Capital Systems LLC
PO BOX 364508                       PO BOX 15316                         PO Box 7999
SAN JUAN, PR 00936                  WILMINGTON, DE 19850                 St. Cloud MN 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)POPULAR AUTO                     End of Label Matrix
PO BOX 366818                       Mailable recipients    32
SAN JUAN, PR 00936-6818             Bypassed recipients     1
                                    Total                  33
```